RECEIVED
2009 MAR 12 PM 3:38
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.

*E-Filed 3/13/09*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN HUF<br>and all others similarly situated,<br><br>Plaintiff,<br>v.<br>APPLE INC.,<br><br>Defendant. | CASE NO. C-09-01064-RS<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Jeffrey I. Carton , whose business address and telephone number is

1311 Mamaroneck Avenue, White Plains, NY 10605, 914-517-5000

and who is an active member in good standing of the bar of New York

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing Roman Huf, on behalf of himself and a putative class.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 13, 2009

_____
United States ~~District~~ Judge
Magistrate