RECEIVED
2009 MAR 12 PM 3:38
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.

*E-Filed 3/13/09*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROMAN HUF
and all others similarly situated,

    Plaintiff,

v.

APPLE INC.,

    Defendant.

CASE NO. C-09-01064-RS

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jerome Noll, whose business address and telephone number is

1311 Mamaroneck Avenue, White Plains, New York, NY 10605, 914-517-5000

and who is an active member in good standing of the bar of New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Roman Huf, on behalf of himself and a putative class.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 13, 2009

_____
United States ~~District~~ Judge
Magistrate