RECEIVED
2009 MAR 12 PM 3:39
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

*E-Filed 3/13/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROMAN HUF
and all others similarly situated,

Plaintiff,

v.

APPLE INC.,

Defendant.

CASE NO. C-09-01064-RS

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Christine McAteer Ford, whose business address and telephone number is 1311 Mamaroneck Avenue, White Plains, New York, NY 10605, 914-517-5000

and who is an active member in good standing of the bar of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Roman Huf, on behalf of himself and a putative class.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 13, 2009

United States ~~District~~ Judge
Magistrate