1   DAVID M. WALSH (SB# 120761)  davidwalsh@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
2   515 South Flower Street
    Twenty-Fifth Floor
3   Los Angeles, CA  90071
    Telephone:  (213) 683-6000
4   Facsimile:  (213) 627-0705

5   THOMAS A. COUNTS (SB# 148051)  tomcounts@paulhastings.com
    ERIC A. LONG (SB# 244147)  ericlong@paulhastings.com
6   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street
7   Twenty-Fourth Floor
    San Francisco, CA  94105-3441
8   Telephone:  (415) 856-7000
    Facsimile:  (415) 856-7100

9
    Attorneys for Defendant
10  APPLE INC.

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14

15  ARAM HOVSEPIAN, individually and on       CASE NO. C 08-05788 JF
    behalf of all others similarly situated,
16                                            CASE NO. TO BE RELATED: C 09-01064 RS
                    Plaintiff,
17
         vs.
18                                            STIPULATION AND [PROPOSED]
    APPLE INC.,                               ORDER TO HAVE CASES RELATED
19
                    Defendant.
20                                            [CIVIL L.R. 3-12, 7-11, AND 7-12]

21
    ─────────────────────────────────
22  ROMAN HUF, on behalf of himself and all   Complaint Filed:  December 31, 2008
    other similarly situated,
23                                            Hon. Jeremy Fogel
                    Plaintiff,
24
         vs.
25
    APPLE INC.,
26                  Defendant.

27

28
STIPULATION AND [PROPOSED] ORDER
                                                       TO HAVE CASES RELATED

## **STIPULATION**

1    The parties in *Roman Huf v. Apple Inc*., U.S.D.C., Northern District of California,

Case No. C 09-01064 RS, by and through their counsel of record, hereby stipulate as follows:

1.    WHEREAS, Plaintiffs in the action entitled *Aram Hovsepian v. Apple Inc*.,

U.S.D.C., Northern District of California, Case No. C 08-05788 JF (the "*Hovsepian* Action"),

filed their Amended Class Action Complaint and Demand for Jury Trial on April 17, 2009;

2.    WHEREAS, Plaintiffs in the action entitled *Roman Huf v. Apple Inc*.,

U.S.D.C., Northern District of California, Case No. C 09-01064 RS (the "*Huf* Action"), filed their

Class Action Complaint and Demand for Jury Trial on March 11, 2009;

3.    WHEREAS, *Aram Hovsepian v. Apple Inc*., Case No. C 08-05788 JF is

related to *Roman Huf v. Apple Inc*., Case No. C 09-01064 RS;

4.    WHEREAS, Plaintiffs in the *Huf* Action do not object to it being deemed

related to the *Hovsepian* Action pursuant to Local Rule 3-12(a), because (i) the two actions

concern substantially the same parties, property, transactions or events; and (ii) it appears likely

that there will be an unduly burdensome duplication of labor and expense, and a risk of

conflicting results if the cases are conducted before different judges; and

6.    NOW, THEREFORE, the parties to the *Huf* Action request that the Court

order the *Huf* Action be deemed related to the *Hovsepian* Action.

SO STIPULATED.

DATED:  May 8, 2009                    CALDWELL LESLIE & PROCTOR PC


By:_____/s/ Christine Ford_____
                    CHRISTINE FORD

Attorneys for Plaintiff
ROMAN HUF

1    DATED:  May 8, 2009                     PAUL, HASTINGS, JANOFSKY & WALKER LLP

2

3                                            By:_____/s/ Thomas A. Counts_____
                                                       THOMAS A. COUNTS
4
                                             Attorneys for Defendant
5                                            APPLE INC.

6

7    I attest that concurrence in the filing of this document has been obtained from Christine Ford for
     Plaintiff.
8

9    By: /s/ Thomas A. Counts
         Thomas A. Counts
10       Attorney for Defendant
         APPLE INC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

### **ORDER**

2

3          The Court has considered the above Stipulation and accompanying Administrative

4   Motion, and for good cause appearing therefore, the Motion is GRANTED and the Court hereby

5   ORDERS as follows:

6              Pursuant to Northern District Civil Local Rule 3-12, *Roman Huf v. Apple Inc.*,

7   Case No. C 09-01064 RS is related to *Aram Hovsepian v. Apple Inc.*, Case No. C 08-05788 JF.

8              IT IS FURTHER ORDERED that the *Huf* Action is transferred and reassigned to

9   the Honorable Jeremy Fogel for all purposes.

10              PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12

    Dated: __SN. NU__

13

14                                                    _____

15                                                         Jeremy Fogel
                                                     United States District Judge
    LEGAL_US_W # 61669998.3

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          -3-          STIPULATION AND [PROPOSED] ORDER
                                                              TO HAVE CASES RELATED
    Case No. C 08-05788 JF